**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

IN RE:                                        Chapter 7 Case No. 17-03013-swd
     CANDACE M. CLAY                 Hon. Scott W. Dales
                         Debtor       Case filed: June 20, 2017
_____/

**<u>APPEARANCE</u>**

      John A. Potter and the law firm of Twohey Maggini, PLC enters their appearance as counsel for Creditor, Mary Beth Graebert in the above captioned matter.

Dated: <u>August 14, 2018</u>                  _____/s/_____
                                                               John A. Potter (P40691)
                                                               Twohey Maggini, PLC
                                                               Attorneys for Mary Beth Graebert
                                                               The Waters Center
                                                               161 Ottawa Ave, NW, Suite 212
                                                               Grand Rapids, Michigan 49503-2712
                                                               Phone: (616) 459-6168
                                                               eMail: jpotter@twoheylaw.com