# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

IN RE: CANDACE M. CLAY						Case No.:	17-03013-swd
								Chapter 7
								Case Filed:	6/20/2017

_____/
Kevin V.B. Schumacher (P39332)
Glassen Rhead McLean Campbell & Schumacher
533 South Grand Avenue
Lansing, MI 48933
(517) 482-3800
Attorney for Debtor Candace Clay
_____/

## CERTIFICATE OF SERVICE

I CERTIFY THAT A COPY OF THE NOTICE OF HEARING (DOCKET #28) AND THE DOCKET TEXT REGARDING ADJOURNED HEARING SCHEDULED FOR SEPTEMBER 20, 2018 AT 10:00 REGARDING DEBTOR'S MOTION TO HOLD CREDITOR MARY BETH GRAEBERT IN CONTEMPT WAS SERVED ON

| | | |
|---|---|---|
| DOUGLAS E. MEEKS<br>207 E. JEFFERSON,<br>GRAND LEDGE, MI 48837 | MARY BETH GRAEBERT<br>1562 FOREST HILL<br>OKEMOS, MI 48864 | John A. Potter (P40691)<br>Twohey Maggini, PLC<br>The Waters Center<br>161 Ottawa Ave, NW,<br>Suite 212<br>Grand Rapids, Michigan 49503-2712 |

BY FIRST CLASS MAIL ON September 6, 2018.

  /S/ KEVIN V.B. SCHUMACHER						September 6, 2018
Kevin V.B. Schumacher (P39332)
Glassen Rhead McLean Campbell & Schumacher
533 South Grand Avenue
Lansing, MI 48933
(517) 482-3800
schumacher@glassenrhead.com
Attorney for Defendant Candace Clay