# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 17-03013 JTG  
**Case Name:** CLAY, CANDACE M.  

**Period Ending:** 05/11/21

**Trustee:** (420060)   John A. Porter, Trustee  
**Filed (f) or Converted (c):** 06/20/17 (f)  
**§341(a) Meeting Date:** 08/16/17  
**Claims Bar Date:**

| 1 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3230 W. Willow St., Lansing, MI 48917-0000, Ingh | 118,500.00 | 0.00 | | 0.00 | FA |
| 2 | Cash<br>    Imported from original petition Doc# 1 | 40.00 | 0.00 | | 0.00 | FA |
| 3 | Checking: Huntington Bank | 306.00 | 0.00 | | 0.00 | FA |
| 4 | Couch 400, Living room chairs 350, Cocktail tabl | 2,500.00 | 0.00 | | 0.00 | FA |
| 5 | Cell phone, Computer and Television | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Books | 10.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 8 | Costume jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 9 | 9MM Glock<br>    Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 10 | Int. in Ins. policies: Though employer Term Poli | 0.00 | 1.00 | | 0.00 | FA |
| 11 | IRA: 401k | 7,436.00 | 0.00 | | 0.00 | FA |
| 12 | back child support owed to debtor | 31,800.00 | 0.00 | | 0.00 | FA |
| 13 | 2017 poss Tax Refund: Federal | 1,600.00 | 0.00 | | 0.00 | FA |
| 14 | 2004 Chrysler Pacifica, 170,000 miles. Entire pr | 2,400.00 | 0.00 | | 0.00 | FA |
| 15 | Personal injury claim  (u)<br>    Debtor's case has been reopened to administer the settlement of a P.I. claim that was not known to the Debtor when she filed her original Petition.   Debtor may be entitled to claim an exemption in the net proceeds of | Unknown | 32,683.44 | | 0.00 | 100,000.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 17-03013 JTG  
**Case Name:** CLAY, CANDACE M.  
**Period Ending:** 05/11/21

**Trustee:** (420060) John A. Porter, Trustee  
**Filed (f) or Converted (c):** 06/20/17 (f)  
**§341(a) Meeting Date:** 08/16/17  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | the referenced settlement in the amount of $23,675.00, the amount allowed at the time Debtor's Chapter 7 case was originally filed . Her case has been reopened but she has not yet claimed her exemption in the net proceeds which will reduce the net payable to her bankruptcy estate to less than $10,000.00. | | | | | |
| 15 | **Assets   Totals** (Excluding unknown values) | **$165,892.00** | **$32,684.44** | | **$0.00** | **$100,000.00** |

**Major Activities Affecting Case Closing:**

Notify D's counsel re status of proceedings. Continued communications with PI counsel.

04/21-communications with PI counsel requesting info re gross settlement, attorneys fees , expenses, and liens.  Calculate net to bankruptcy estate.  Reopen case. File MIS.  Complete Form 1.  
03/31/21-quarterly review completed  
03/21-Notified of settlement of PI claim

**Initial Projected Date Of Final Report (TFR):** December 21, 2021            **Current Projected Date Of Final Report (TFR):** December 31, 2021